HAROLD A. MEYERS, Respondent, v. BERNARD M. COHEN, Appellant.— No opinion. Defendant's time to answer the second amended complaint is extended until 20 days after entry of the order hereon. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

BARBARA PERSONS, Respondent, v. HOWARD G. PERSONS, Appellant.— In an action by a wife for a separation, the defendant husband appeals from an order of the Supreme Court, Westchester County, dated September 12, 1961, awarding the wife temporary alimony of $80 a week and a counsel fee of $800, with leave to apply to the trial court for an increase in the allowance of counsel fees. Order affirmed, without costs (see *Goldberg* v. *Goldberg*, 4 A D 2d 884). Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

MARGARET PETRUS, Appellant, v. MAX GLAESSNER, Respondent.— No opinion. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD R. ABAIR, Appellant.— No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LARRY EGERTON, Appellant.— No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.